UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **EKAETTE TOM AKWA** | ) | Case No. 15-1550 |
| **Aka EKAETTE E. UKIH** | ) | (Lead Case for Consolidation) |
| APPELLANT | ) | |
| | ) | |
| IN RE: | ) | Case No. 15-1800 |
| | ) | |
| **GREGORY JOHN BIRMINGHAM** | ) | |
| APPELLANT | ) | |

**SUPPLEMENTAL MOTION TO CONSOLIDATE APPEAL CASES PURSUANT TO LOCAL RULE 28(a)** *AS TO Jeremy v. J.P. Morgan Chase Bank (Case No.      )*
**AND REQUEST THAT RESPONSES BE FILED WITHIN FIVE DAYS**

EKAETTE TOM AKWA ("Akwa") and GREGORY JOHN BIRMINGHAM ("Birmingham") (Collectively, the "Appellants"), joined by CALVERT JEREMY AND JOLITA MERVINA JEREMY (the "Jeremys") by and through undersigned counsel John D. Burns, Esquire, and The Burns Law Firm LLC, hereby files this Supplemental Motion to Consolidate Appeal Cases Pursuant to Local Rule 28(a)  And Request that Responses Be Filed Within Five Days  (the "Motion") and states as follows:

The above captioned appeal has been well documented in prior filings, and the Appellants will spare the Fourth Circuit any long factual statements in support of this Motion.  The Appellants have filed today a Motion to Extend Time on

Opening Brief/Appendix to November 3, 2015 and on Response Briefs to December 3, 2015, for the reasons set forth therein.

One factor identified was the issuance of an Order Directing Certification of the Jeremy Appeal to the United States Fourth Circuit. A copy of the Order entered in District Court case TDC-15-1632 entered on October 8, 2015 is attached hereto as **Exhibit 1.** Although there are several other pending appeals on the same issues as are faced in *Akwa- Birmingham* herein (ie; Donaldson (Case No. 15-1781) and Abdosh (15-1891)), these appeals are in mediation and are not critical to the decisional process to warrant consolidation.

However, *Jeremy* is different. This case is important to the consolidated appeal because it involves a deed of trust provision consistent with the *Bradsher*[1] and related cases within the Fourth Circuit that have supported the theories of the Appellants herein. The appeal warrants inclusion because it demonstrates the similarity between the words "pledge" and "assign" as are found in Sections 2 and 11 of the relative deeds of trust herein, and differs from the deed of trust format found in Akwa and Birmingham. The factual matters in Jeremy are more fully set forth in a Motion For Permission to Appeal under Fed. R. App. P. 5, filed today. The Appellants prefer to incorporate such recitations hereto, rather than recite them anew,

---

[1] 427 B.R. 386 (Bankr. M.D.N.C. 2010)

so as to avoid burdening the Fourth Circuit with a repetitive pleading.

Additionally, since the undersigned on behalf of the Appellants has requested a further extension on the opening brief/appendix to November 3, 2015 (whether this consolidation is granted or not), the time for response to this Motion is requested to be reduced to 5 days. This will permit a brief review by the appellee(s) in these matters and if the *Jeremy* case is to be consolidated with *Birmingham* and *Akwa*, then such consolidation will not create any disharmony with the briefing extension that was requested.

The relief herein is requested pursuant to Local Rule 28(a). Counsel for all parties involved herein have been served.

WHEREFORE, the Appellants, and Jeremys, by undersigned counsel, respectfully requests that the Court enter an Order:

(i) Granting the Motion;

(ii) Reducing time for response to this Motion to five days;

(iii) Consolidating the *Jeremy* matter with the *Akwa-Birmingham* cases; and

(iv) Granting such other and further relief as equity and justice may require.

Respectfully Submitted,
--------/S/ John D. Burns--------------
_____
John D. Burns, Esquire (#22777)
The Burns LawFirm, LLC
6303 Ivy Lane; Suite 102
Greenbelt, Maryland 20770
(301) 441-8780
Counsel for the Appellant

# **CERTIFICATE OF SERVICE**

        I hereby certify that on this 15th day of October, 2015, a copy of the foregoing Motion was served via first-class mail, postage prepaid, upon:

Office of the United States Trustee    (VIA MAIL)
6305 Ivy Lane; Suite 600
Greenbelt, MD 20770

Timothy Branigan    (VIA MAIL)
Chapter 13 Trustee
PO Box 1902
Laurel, MD 20725

Bryan J. Harrison    (VIA ECF)
Ballard Spahr LLP
300 E. Lombard Street, 18th Floor
Baltimore, Maryland 21202
(Appellees' Counsel in *Birmingham*)

Christina M. Williamson, Esquire    (VIA ECF)
Ralph DiPietro
BWW Law Group LLC
4520 East West Highway Suite 200
Bethesda MD, 20814
(Appellees' Counsel in *Akwa* and *Jeremy*)

                          --------------/S/ John D. Burns--------------
                          _____
                          John D. Burns