FILED: October 15, 2015

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 15-1550 (L)
(8:14-cv-02703-GJH)
(13-30265)
(14-00267)

_____

EKAETTE TOM AKWA

       Plaintiff - Appellant

v.

RESIDENTIAL CREDIT SOLUTIONS, INC.

       Defendant - Appellee

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to consolidate cases and reduce response time, the court denies the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk