FILED: November 5, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1550 (L)
(8:14-cv-02703-GJH)
(13-30265)
(14-00267)
_____

EKAETTE TOM AKWA

    Plaintiff - Appellant

v.

RESIDENTIAL CREDIT SOLUTIONS, INC.

    Defendant - Appellee

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 11/04/2015

Opening brief due: 11/04/2015

Response brief due: 12/09/2015

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk